IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY HOLT                                                                                              PLAINTIFF

V.                              CASE NO. 4:20-CV-00410 JM-JTK

COMMISSIONER,
SOCIAL SECURITY ADMINSTRATION                                                   DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

The Court notes that Holt takes issue with the language that the ALJ used to analyze one of the medical opinions. The ALJ found the opinion of PT Lashelle Gordon to be "partially persuasive," which conveys that a portion of the opinion was supported by the record and a portion was not. (Tr. at 457). In the very next sentences, the ALJ uses the standard language from the prior regulations, affording a portion of the opinion great weight and a portion little weight. *Id*. This is consistent with the applicable regulations. *See Craig v. Apfel*, 212 F.3d 433, 436 (8th Cir. 2000)(Where an opinion is only partially consistent with other evidence in the record, an ALJ may give significant weight to some aspects of the opinion while discounting portions of the opinion that are not supported). The Court does not find that the ALJ's chosen language constitutes reversible error.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 12th day of February, 2021.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE