IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY HOLT                                                                                           PLAINTIFF

V.                          CASE NO. 4:20-CV-00410 JM-JTK

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 12th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE